```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
ESLAM HASSAN,                                               :
                                                            :
                              Plaintiff,                    :
                                                            :                    19-CV-10208 (VSB)
              -against-                                     :
                                                            :                          ORDER
CORRECTION OFFICER JOHN DOE, et al.,                        :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/16/2021

VERNON S. BRODERICK, United States District Judge:

      Based on pro se Plaintiff's most recent filing in this action, (Doc. 31), it appears that the Court no longer has a current address for Plaintiff on file. Accordingly, it is hereby:

      ORDERED that Plaintiff file with the Court by September 13, 2021, a notice of change of address. Plaintiff may do so by filing form IH-34, available on the Court's website at https://nysd.uscourts.gov/sites/default/files/2018-06/notice-of-change-of-address-for-pro-se-litigants.pdf. The motion pending at docket no. 28 shall be held in abeyance until that date.

      IT IS FURTHER ORDERED that if Plaintiff does not provide an updated address by September 13, 2021, this action will be dismissed.

SO ORDERED.

Dated:    August 16, 2021
           New York, New York

                                              Vernon S. Broderick
                                              United States District Judge