```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
ESLAM HASSAN,                                               :
                                                            :
                              Plaintiff,                    :
                                                            :            19-CV-10208 (VSB)
                    -against-                               :
                                                            :                 ORDER
CORRECTION OFFICER JOHN DOE, et al.,                        :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

On August 16, 2021, I issued an order directing that pro se Plaintiff file with the Court, by September 13, 2021, a notice of his current address, and I warned that "if Plaintiff does not provide an updated address by September 13, 2021, this action will be dismissed." (Doc. 32.) Plaintiff has not updated his address. Accordingly, this action is dismissed without prejudice. The Clerk of Court is directed to close to open motion at docket number 28 and to terminate this action.

SO ORDERED.

Dated: September 24, 2021
       New York, New York

_____
Vernon S. Broderick
United States District Judge